THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00224-MR-DLH

| | |
|---|---|
| **BILLY AND CYNDI HUMPHRIES,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> **HARLEY DAVIDSON FINANCIAL** ) <br> **SERVICES, INC.,** ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' motion to stay this litigation in favor of arbitration [Doc. 11].

For the reasons stated in the parties' motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 11] is **GRANTED**, and the Plaintiffs shall submit their claims against the Defendant to binding arbitration as contemplated under the terms of the parties' Promissory Note and Security Agreement [Doc. 11-1].

**IT IS FURTHER ORDERED** that this matter is hereby **STAYED** pending completion of the arbitration proceedings. The parties shall submit a status report to the Court every ninety (90) days advising of the status of the parties' arbitration.

**IT IS SO ORDERED.**

Signed: October 5, 2018

Martin Reidinger
United States District Judge