# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | | |
|---|---|---|
| BILLY HUMPHRIES and CYNDI HUMPHRIES, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 1:18-cv-00224-MR-WCM |
| HARLEY-DAVIDSON FINANCIAL SERVICES, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiffs, BILLY HUMPHRIES, and CYNDI HUMPHRIES, ("Plaintiff"), through their attorney, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case.  Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

RESPECTFULLY SUBMITTED,

December 4, 2018

By: _/s/ Shireen Hormozdi _____
Shireen Hormozdi
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Fax: 866-929-2434
shireen@agrusslawfirm.com
shireen@norcrosslawfirm.com
Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

On December 4, 2018, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defense Counsel.

By: /s/ Shireen Hormozdi
Shireen Hormozdi