IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| BILLY HUMPHRIES and CYNDI HUMPHRIES, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 1:18-cv-00224-MR-DLH<br>) |
| HARLEY-DAVIDSON FINANCIAL SERVICES, INC., | )<br>)<br>) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiffs, BILLY HUMPHRIES and CYNDI HUMPHRIES, and Defendant, HARLEY-DAVIDSON FINANCIAL SERVICES, INC., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

DATED: January 09, 2019

| RESPECTFULLY SUBMITTED, | RESPECTFULLY SUBMITTED, |
|---|---|
| By: /s/ Shireen Hormozdi<br>Shireen Hormozdi<br>Hormozdi Law Firm, LLC<br>1770 Indian Trail Lilburn Road #175<br>Norcross GA 30093<br>Tel: 678-395-7795<br>Fax: 866-929-2434<br>shireen@norcrosslawfirm.com<br>*Attorney for Plaintiff* | By: /s/ Tonya Urps<br>Tonya Urps<br>McGuire Woods, LLP<br>201 N. Tryon Street<br>Suite 3000<br>Charlotte NC 28202<br>(704) 343-8858<br>turps@mcguirewoods.com<br>*Attorney for Defendant* |

## CERTIFICATE OF SERVICE

On January 9, 2019, I electronically filed the Stipulation to Dismiss with the Clerk of the U.S. District Court, using the CM/ECF system which will provide notice to all parties of record.

By: /s/ Shireen Hormozdi
Shireen Hormozdi